UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. MARILYN L. HUFF

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1109-H |
|---|---|
| Plaintiff, | **ORDER TO TERMINATE SUPERVISED RELEASE** |
| v. | |
| YVONNE MICHELLE AGUILAR (6) | |
| Defendant. | |

**IT IS HEREBY ORDERED** that effective immediately Supervised Release as to Yvonne Michelle Aguilar be terminated.

**SO, ORDERED.**

DATED: 9/30/24

Honorable Marilyn L. Huff
United States District Court Judge